■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE LUCKY, Appellant. [745 NYS2d 424] —Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered on or about November 3, 1999, and judgment of resentence, same court and Justice, rendered on or about August 2, 2001, unanimously affirmed. The unpublished order of this Court entered herein on June 6, 2002 is hereby recalled and vacated. No opinion. Concur—Tom, J.P., Andrias, Saxe, Ellerin and Wallach, JJ.

■ PATRICIA SFERRAZZA et al., Appellants, v ARCADE CLEANING CONTRACTORS, INC., Also Known as ARCADE MAINTENANCE, et al., Respondents. (And Other Actions.) [744 NYS2d 673] — Order, Supreme Court, New York County (Louis York, J.), entered on or about June 6, 2001, which, in an action for personal injuries sustained when plaintiff slipped and fell at her place of business, granted defendant cleaning contractor's motion for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

The motion was properly granted in the absence of any evidence that defendant either created or had actual or constructive notice of the wet spot which allegedly caused plaintiff's harm (*see, Segretti v Shorenstein Co.*, 256 AD2d 234; *DiBenedetto v Port Auth.*, 293 AD2d 399). Concur—Tom, J.P., Andrias, Saxe, Ellerin and Wallach, JJ.